**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
WILMINGTON SA VIN GS FUND SOCIETY, FSB, solely in its capacity as successor Trustee of the 2. 45% Notes due 2031 and 3.00% Notes due 2041 issued by Canadian Pacific Railway Company,

                    Plaintiff,

-against-                      23 **CIVIL** 6787 (PAE)

                                                   **JUDGMENT**

CANADIAN PACIFIC RAILWAY
LIMITED, et al.,

                    Defendants.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated August 02, 2024, defendants' motion to dismiss is granted; accordingly, the case is closed.

**Dated:**  New York, New York

       August 05, 2024

                                                 **DANIEL ORTIZ**
                                               **Acting Clerk of Court**

                       **BY:**

                                               **Deputy Clerk**